IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAHOUSKI

           Plaintiff(s)      )

vs.                         )   Case No. 2:18-cv-00864-CB

CITY OF PITTSBURGH

           Defendant(s)    )

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: 9/7/18

/s/ *Julie E. Koren*
Signature

Print Name: *Julie E. Koren*

---

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____

_____
Signature

Print Name: _____